

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Eric Teszler
*Assistant Corporation Counsel*
Office: (212) 356-1652

October 25, 2023

**VIA ECF**
Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED:** The conference scheduled for November 2, 2023, is adjourned to **Thursday, November 30, 2023, at 10:45 a.m.**
SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: October 27, 2023

Re:  C.N., et al. v. N.Y.C. Dep't of Educ

Dear Judge Gardephe:

I am an Assistant Corporation Counsel in the Office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek attorneys' fees, costs, and expenses for legal work performed on administrative proceedings, as well as for this action, pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq.*

I write jointly with Plaintiffs' counsel to respectfully request an adjournment of the Initial Conference, currently scheduled for November 2, 2023 (*see* ECF No. 5), to November 30, 2023. This is the parties' first joint request for an adjournment of the Initial Conference. The requested extension is intended to provide Defendant time to complete its internal review process of Plaintiffs' attorney billing records, engage with Plaintiffs in settlement discussions, and then hopefully resolve this fees-only matter. Defendant is able to resolve the majority of such fees actions with Mayerson & Associates without the need to burden the Court with any conferences or motion practice, and expects this matter to follow the same course.

Accordingly, the parties respectfully request that the Initial Conference currently scheduled for November 2, 2023 be adjourned to November 30, 2023. Alternatively, the parties propose that the Initial Conference be adjourned to December 7, 2023, or another date that is convenient for the Court.

Thank you for considering this request.

Respectfully submitted,

*/s/ Eric Teszler*
Eric Teszler, Esq.
Assistant Corporation Counsel

cc:  Gary S. Mayerson, Esq. (via ECF)