

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Eric Teszler
*Assistant Corporation Counsel*
Office: (212) 356-1652

November 22, 2023

**VIA ECF**
Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED:** The conference currently scheduled for November 30, 2023, is adjourned to **January 25, 2024, at 10:30 a.m.**
SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: November 27, 2023

Re:   *C.N. et al. v. N.Y.C. Dep't of Educ.*, 2

Dear Judge Gardephe:

    I am an Assistant Corporation Counsel in the Office O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek attorneys' fees, costs, and expenses for legal work performed on administrative proceedings, as well as for this action, pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq.*

    I write jointly with Plaintiffs' counsel to respectfully request an adjournment of the Initial Conference, currently scheduled for November 30, 2023 (*see* ECF No. 11), to January 18, 2024. Alternatively, the parties propose that the Initial Conference be adjourned to January 25, 2024, or another date that is convenient to the Court. This is the parties' second joint request for an adjournment of the Initial Conference; the first was granted by the Court on October 27, 2023 (*see id.*). The requested extension is intended to provide Defendant time to complete its internal review process of Plaintiff's attorney billing records, engage with Plaintiff in settlement discussions, and for the parties to hopefully resolve this fees-only matter. Defendant is able to resolve the majority of such fees actions with Mayerson & Associates without the need to burden the Court with any conferences or motion practice. The parties are optimistic that this matter to follow the same course.

    Accordingly, the parties respectfully request that the Initial Conference currently scheduled for November 30, 2023 be adjourned to January 18, 2024, or another date thereafter that is convenient to the Court.

    Thank you for considering this request.

Respectfully submitted,

*/s/ Eric Teszler*
Eric Teszler, Esq.
Assistant Corporation Counsel

cc:   Gary S. Mayerson, Esq. (via ECF)