

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Eric Teszler
*Assistant Corporation Counsel*
Office: (212) 356-1652

January 23, 2024

<u>**VIA ECF**</u>
Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   C.N., et al. v. N.Y.C. Dep't of E...

Dear Judge Gardephe:

I am an Assistant Corporation Counsel in the ... O. Hinds-Radix, attorney for Defendant in the abov... attorneys' fees, costs, and expenses for legal work p... well as for this action, pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq.*

I write jointly with Plaintiffs' counsel to respectfully request an adjournment of the Initial Conference, currently scheduled for January 25, 2024 (ECF No. 14), to February 15, 2024, or another date thereafter that is convenient to the Court. This is the parties' third joint request for an adjournment of the Initial Conference; the Court granted the parties' prior requests on October 27, 2023 (ECF No. 11) and November 27, 2023 (ECF No. 14). The requested extension is intended to provide Defendant time to finalize its internal review process of Plaintiffs' attorney billing records, engage with Plaintiffs in settlement negotiations, and hopefully resolve this matter. Defendant has been able to resolve the majority of similar IDEA fees actions brought by plaintiffs represented by Mayerson & Associates without the need to burden the Court with conferences or motion practice. The parties are optimistic that this matter will follow the same course.

Accordingly, the parties respectfully request that the Initial Conference currently scheduled for January 25, 2024 be adjourned to February 15, 2024, or another date thereafter that is convenient to the Court.

Thank you for considering this request.

Respectfully submitted,

*/s/ Eric Teszler*
Eric Teszler, Esq.
Assistant Corporation Counsel

cc:   Gary S. Mayerson, Esq. (via ECF)

---

**MEMO ENDORSED:** The conference in this matter currently scheduled for January 25, 2024, is adjourned to **February 22, 2024, at 10:15 a.m.**

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: January 23, 2024